AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Steven MOORE<br>USMS#: 76311-061<br><br>Defendant(s) | Case No. 2:22-mj-557 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __8/10/22__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

On or about July 29th, 2022, Steven MOORE did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. 751(a). Furthermore, the aforementioned escape from custody occurred within the Southern District of of Ohio.

☑ Continued on the attached sheet.

_____
Complainant's signature

John P. Barco II, Deputy U.S. Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/11/2022

_____
Judge's signature

City and state: Columbus, Ohio

s/Elizabeth A. Preston Deavers, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, John P. Barco II, being duly sworn, do hereby declare and state the following:

1. I am employed as a Deputy U.S. Marshal and have been since August of 2021. As a Deputy U.S. Marshal, I am authorized under 18 U.S.C. § 564 to enforce the laws of the United States, including 18 U.S.C. § 751, entitled Prisoners in Custody of Institution or Officer, and all of its subsections.

2. On or about September 14, 2017, Steven MOORE was sentenced by United States District Judge Edmund A. Sargus Jr. in case number 2:16-cr-170 to a term of 27 months of incarceration in the Bureau of Prisons (BOP) and 3 years supervised release following a conviction under 18 U.S.C. § 922(g) for being a previously convicted felon in possession of a firearm.

3. On or about March 24, 2021, Steven MOORE was sentenced by United States District Judge Edmund A. Sargus Jr. in case number 2:19-cr-214 to 44 months of incarceration in the BOP following a conviction under 18 U.S.C. § 922(g) for being a previously convicted felon in possession of a firearm. This sentence was to run concurrent with a 30 day balance from case number 2:16-cr-170.

4. On or about August 11, 2021, MOORE was released to custody of the BOP and ultimately incarcerated at FCI Canaan.

5. On or about April 19, 2022, MOORE was transferred to the Alvis House for Men, located at 1755 Alum Creek Drive Columbus, Ohio where he was to remain in custody of the BOP until his projected release date of October 11, 2022. The Alvis House is a Halfway House in the Southern District of Ohio, and a facility approved by the BOP for transitioning federal inmates. When an inmate is serving part of their sentence at the Alvis House, they remain in BOP custody.

6. On or about July 29, 2022, MOORE was signed out of Alvis House for Men for work. MOORE failed to return to Alvis House for Men at the assigned returned time. All escape procedures were conducted with negative results. BOP placed MOORE on Escape status at 6:30 pm EST and contacted the US Marshals Service at 7:30 pm EST.

7. As of August 10, 2022, MOORE has not returned to the Alvis House and his whereabouts are unknown.

8. Based on the foregoing facts and my knowledge and experience, I submit that probable cause exists to believe Steven MOORE did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. 751(a). I thereby request the issuance of a criminal complaint and arrest warrant.

John P. Barco II
Deputy U.S. Marshal

Sworn before me and subscribed in my presence this 11th day of August 2022, at Columbus, Ohio

ELIZABETH PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE